# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**          **PLAINTIFF**

**VS.**          **CRIMINAL CAUSE NO.: 4:13-cr-129-MPM-JMV-2**

**QUESTON SKIPPER**          **DEFENDANT**

## ORDER GRANTING MOTION FOR BOND

This matter is before the court on Defendant's Motion for Bond [119]. The government opposes the motion. Being advised in the premises, the court finds that defendant's Motion for Bond is well taken and should be granted.

**THEREFORE,** it is hereby **ORDERED**, that the pending Motion for Bond [119] is **GRANTED** and the Defendant is hereby ordered released under the same terms and conditions previously imposed by the court pending the Final Revocation Hearing before United States District Judge Michael P. Mills.

SO ORDERED, this the 18th day of March, 2022.

                                               /s/ Jane M. Virden
                                               UNITED STATES MAGISTRATE JUDGE